UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yellow Transportation, Inc.<br>**Plaintiff**<br><br>-v-<br>Underwriters Insurance Company,<br>The Continental Insurance Company,<br><br>Defendant | Case No. 07 CIV 4764<br><br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Yellow Transportation, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

See attached list.

Date: <u>May 31, 2007</u>

Signature of Attorney

Attorney Bar Code: RS-7396

Form Rule7_1.pdf

## YELLOW ROADWAY CORPORATION AND SUBSIDIARIES

Yellow Roadway Corporation

Yellow Transportation, Inc.

YRC Mortgages, LLC.

Yellow Roadway Receivables Funding Corporation

YRC International Investments, Inc.

Yellow Roadway Technologies, Inc.

YRC Enterprise Services, Inc.

OPK Insurance Co. Ltd.

Roadway LLC.

Express Lane Service, Inc.

YRC Yellow, LLC.

Mission Supply Company

Yellow Relocation Services, Inc.

YGPS (EU) Limited

Meridian IQ, Inc.

Roadway Express, Inc. (US)

Integres Global Logistics, Inc.

Roadway Next Day Corporation

Yellow Transportation of Ontario, Inc.

Yellow Transportation of British Columbia, Inc.

YRC Transportation S.A. de C.V.

GPS Logistics (EU) Limited

Meridian IQ LA, S.R.L.

M.O. LLC.

Roadway Express International, Inc.

Roadway Express S.A. de C.V. (Mexico)

Reiner Finance, LP.

New Penn Motor Express, Inc.

YRC Services, S. de R.L. de C.V.

Meridian IQ (UK) Limited

Globe.Com Lines, Inc.

Transcontinental Lease S de R.L. de C.V.

Meridian IQ, B.V. REN

Reiner Express Lines, Ltd. (Canada)

Roadway Reverse Logistics, Inc.