UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| YELLOW TRANSPORTATION, INC., <br> f/k/a YELLOW FREIGHT SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNDERWRITERS INSURANCE COMPANY, <br> THE CONTINENTAL INSURANCE COMPANY, <br> and XYZ CORPORATIONS, fictitious entities, <br><br> Defendants. | Civil Action No.: <br> 07 CIV 4764 <br> (Stanton, J.) <br><br><br> **STATEMENT** <br> **RULE 7.1** |

------------------------------------------------------------X

Pursuant To Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant NORTH AMERICAN SPECIALTY INSURANCE CO. as successor in interest to UNDERWRITERS INSURANCE COMPANY (A Private Non-Governmental Party) certifies that the following are corporate parents, affiliates and/or subsidiaries of NORTH AMERICAN SPECIALTY INSURANCE CO. and/or UNDERWRITERS INSURANCE COMPANY which are publicly held:

SEE ATTACHED Ex. A and B.

August 10, 2007
Date

Signature of Attorney
Michael J. Carcich [MC-5207]

**EX. A**

## CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | % OWN |
|---|---|---|---|
| 85009 | Swiss Reinsurance Company | Switzerland | 100.00 |
| 85830 | European Reinsurance Co Zurich | Switzerland | 100.00 |
| 72587 | European Finance Reins Co Ltd | Barbados | 100.00 |
| 50443 | European Intern Holding Co Ltd | Barbados | 100.00 |
| 73839 | European Atlantic Reassr Co | Barbados | 100.00 |
| 85982 | European Internat Reins Co | Barbados | 100.00 |
| 50444 | Facility Insurance Holding Cp | TX | 100.00 |
| 11239 | Facility Insurance Corp | TX | 100.00 |
| 50445 | Swiss Re America Holding Corp | DE | 100.00 |
| 58158 | GE Insurance Solutions Corp | DE | 100.00 |
| 50422 | CORE Insurance Holdings Inc | DE | 100.00 |
| 84295 | CORE Reinsurance Company Ltd | Bermuda | |
| 50416 | Coregis Group Inc | DE | 100.00 |
| 01890 | Coregis Insurance Company | IN | 100.00 |
| 50413 | Employers Re Corp (UK) Ltd | United Kingdom | 100.00 |
| 86653 | GE Frankona Reassurance Ltd | United Kingdom | |
| 00347 | Employers Reinsurance Corp | MO | 100.00 |
| 10783 | First Specialty Ins Corp | MO | 100.00 |
| 02301 | Westport Insurance Corporation | MO | 100.00 |
| 04124 | GE Reinsurance Corporation | IL | 100.00 |
| 50410 | General Electric Capital Corp | NY | 100.00 |
| 51106 | GE Investments, Inc. | NV | 100.00 |
| 51107 | OP Holdings, LLC | DE | 100.00 |
| 86463 | ERC Frankona Reins (III) Ltd | United Kingdom | 100.00 |
| 56581 | Western Star Insurance Co Ltd | Bermuda | 100.00 |
| 50424 | GE Frankona Reins Holding ApS | Denmark | 100.00 |
| 85501 | GE Frankona Reinsurance A/S | Denmark | 100.00 |
| 50425 | GE Frankona Reins Holding GmbH | Germany | 100.00 |
| 83891 | GE Frankona Rueckversicherungs | Germany | 99.00 |
| 85311 | GE Frankona Rueckvers-AG | Germany | 100.00 |
| 86655 | GE Frankona Reinsurance Ltd | United Kingdom | 100.00 |
| 86181 | ERC Frankona Reins (II) Ltd | United Kingdom | 100.00 |
| 86063 | GE Specialty Insurance UK Ltd | United Kingdom | 100.00 |
| 86847 | Luxembourg European Reins | Luxembourg | 100.00 |
| 73394 | Stockwood Reinsurance Co Ltd | Barbados | 100.00 |
| 50068 | Swiss Re L&H Amer Holding Co | DE | 100.00 |
| 50972 | SWFC Nevada Inc | DE | 100.00 |
| 68078 | Pacific Life & Accident Ins Co | TX | 100.00 |
| 07283 | Swiss Re Life & Health America | CT | 100.00 |
| 06676 | Reassure America Life Ins Co | IL | 100.00 |
| 09059 | Sage Life Assurance of America | DE | |
| 07063 | Southwestern Life Ins Co | TX | 100.00 |
| 03263 | Swiss Reinsurance America Corp | NY | 100.00 |
| 02736 | Fort Wayne Health & Cas Ins Co | IN | 100.00 |
| 11135 | North American Capacity Ins Co | NH | 100.00 |
| 10617 | North American Elite Ins Co | NH | 100.00 |
| 01866 | North American Specialty Ins | NH | 100.00 |
| 02695 | Washington International Ins | AZ | 100.00 |
| 50447 | Swiss Re Holdings (Canada) Inc | Canada | 100.00 |
| 66803 | Swiss Re Life & Health Canada | Canada | 100.00 |
| 85718 | Swiss Reinsurance Co Canada | Canada | 100.00 |
| 07207 | Valley Forge Life Ins Co | PA | |

**EX. B**

## CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | % OWN |
|---|---|---|---|
| | Alleghany Corporation | United States | |
| 58309 | Alleghany Corporation | DE | 100.00 |
| 50939 | Alleghany Ins Hldgs LLC | WI | |
| 58337 | Capitol Transamerica Corp | WI | 100.00 |
| 00235 | Capitol Indemnity Corporation | WI | 100.00 |
| 01960 | Capitol Specialty Ins Corp | DE | 100.00 |
| 51326 | Darwin Professional Undwrtrs | DE | 100.00 |
| 51224 | Darwin Group, Inc. | DE | 100.00 |
| 12699 | Darwin National Assurance Co | AR | 100.00 |
| 11719 | Darwin Select Insurance Co | NE | 100.00 |
| 12488 | Platte River Insurance Company | | |
| 51225 | RSUI Group, Inc. | DE | 100.00 |
| 12603 | RSUI Indemnity Company | NH | 100.00 |
| 12619 | Landmark American Ins Co | OK | 100.00 |