Michael J. Carcich (MJC-5207)
Guerric S.D.L. Russell (GSR-4845)
NICOLETTI HORNIG & SWEENEY
Attorneys for Defendant
UNDERWRITERS INSURANCE COMPANY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
(212) 220-3830
Our File:     22000111 MJC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
YELLOW TRANSPORTATION, INC.,
f/k/a YELLOW FREIGHT SYSTEMS, INC.,

                Plaintiff,

        vs.

UNDERWRITERS INSURANCE COMPANY,
THE CONTINENTAL INSURANCE COMPANY,
and XYZ CORPORATIONS, fictitious entities,

                Defendants.
----------------------------------------------------------X

Civil Action No.:
07 CIV 4764
(Stanton, J.)

**NOTICE OF
APPEARANCE**

SIRS:

      PLEASE TAKE NOTICE that NORTH AMERICAN SPECIALTY CO. as successor in interest to and for and on behalf of Defendant, UNDERWRITERS INSURANCE COMPANY (hereinafter "UIC"), hereby appears in this action by its attorneys, NICOLETTI HORNIG & SWEENEY subject to and without waiver of all defenses raised in its Answer to the Complaint, including, without limitation, the defenses of lack of *in personam* jurisdiction and improper venue.

Dated: New York, New York
August 10, 2007

                NICOLETTI HORNIG & SWEENEY
                Attorneys for Defendant UIC

                By: _____
                Michael J. Carcich (MJC-5207)
                Wall Street Plaza
                88 Pine Street, 7th Floor
                New York, New York 10005-1801
                (212) 220-3830
                Our File: 22000111 MJC

TO:

NOWELL AMOROSO KLEIN BIERMAN, P.A.
Attorneys for Plaintiff
155 Polifly Road
Hackensack, New Jersey 07601

MENDES & MOUNT
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY
750 Seventh Avenue
New York, New York 10009

X:\Public Word Files\22\111\LEGAL\NoticeofAppearance. (8-10-07) sa.doc