## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK)

SALMA ABDALLAH, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for NORTH AMERICAN SPECIALTY CO. as successors in interest to and for and on behalf of Defendant UNDERWRITERS INURANCE COMPANY. I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

2. On August 10, 2007, I served the annexed **NOTICE OF APPEARANCE** upon the following:

NOWELL AMOROSO KLEIN
  BIERMAN, P.A.
Attorneys for Plaintiff
155 Polifly Road
Hackensack, New Jersey 07601

MENDES & MOUNT
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY
750 Seventh Avenue
New York, New York 10009

at the address(es) designated by said attorney(s) for that purpose, by depositing true copy(ies) of same enclosed in postpaid, properly addressed wrapper(s) in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
SALMA ABDALLAH

Sworn to before me this
10th day of August, 2007

_____
Notary Public

MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20 11