Stephen V. Rible (SR 4405)
MENDES & MOUNT, LLP
Attorneys for Defendant
THE CONTINENTAL INSURANCE COMPANY
750 Seventh Avenue
New York, New York 10019-6829
(212) 261-8000
Our File: 373,055

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YELLOW TRANSPORTATION, INC.,
f/k/a YELLOW FREIGHT SYSTEMS, INC.,

            Plaintiff,

    vs.

UNDERWRITERS INSURANCE COMPANY,
THE CONTINENTAL INSURANCE COMPANY,
and XYZ CORPORATIONS, fictitious entities,

            Defendants.
------------------------------------------------------------X

Civil Action No.:
07 CIV 4764
(Stanton, J.)

**FRCP-RULE 7.1(a)**
**STATEMENT**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure for the United States District Courts and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for The Continental Insurance Company certifies that the following are any parent corporations and any publicly held corporations that own 10% or more of its stock:

        The Continental Corporation
        Continental Casualty Company
        CNA Insurance Company
        Loews Corporation
        CNA Financial Corporation

DATED: NEW YORK, NEW YORK
        August 17, 2007

                                    MENDES & MOUNT, LLP

                    Attorneys for Defendant
                    THE CONTINENTAL INSURANCE COMPANY

                    By: _____
                    Stephen V. Rible (SR 4405)
                    750 Seventh Ave.
                    New York, New York 10019-6829
                    (212) 261-8000

TO:    Nicoletti Hornig & Sweeney
       Attorneys for Defendant
       UNDERWRITERS INSURANCE COMPANY
       Wall Street Plaza
       88 Pine Street, 7th Floor
       New York, New York 10006-1801
       (212) 220-3830
       Your File: 22000111 MJC


       Nowell Amoroso Klein Bierman, P.A.
       Attorneys for Plaintiff
       YELLOW FREIGHT SYSTEMS, INC.
       155 Polifly Road
       Hackensack, NJ 07601
       (201) 343-5001