ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
YELLOW TRANSPORTATION, INC.,

                    Plaintiff,              07 Civ. 4764 (LLS)

       - against -                           ORDER

UNDERWRITERS INSURANCE COMPANY, THE
CONTINENTAL INSURANCE COMPANY, and
XYZ CORPORATION,

                    Defendants.
- - - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

   It having been reported to the court that this action is settled, it is

   ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
        October 18, 2007

                                        _____
                                              LOUIS L. STANTON
                                               U. S. D. J.